FILED
HARRISBURG, PA

JUN 18 2025

_____
DEPUTY CLERK

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | No. 1:25-CR-162 |
| | : | |
| v. | : | (Judge SAPORITO) |
| | : | |
| GREGORIO PEREZ-CANCECO, | : | |
| Defendant. | : | |

## INDICTMENT

THE GRAND JURY CHARGES:

### COUNT 1
### 8 U.S.C. § 1326
### (Illegal Reentry)

On or about May 23, 2025, in York County, Pennsylvania, within the Middle District of Pennsylvania, the defendant,

**GREGORIO PEREZ-CANCECO,**

an alien, was found in the United States after having been removed from the United States pursuant to law on or about October 4, 2017, via Hildalgo, Texas, without first having obtained permission to reenter the United States as required by law.

2

All in violation of Title 8, United States Code, Sections 1326(a) and (b)(1) and Title 6, United States Code, Sections 202(3) and (4) and 557.

A TRUE BILL

JOHN C. GURGANUS
ACTING UNITED STATES ATTORNEY

FOREPERSON

*[signature]*

MICHAEL SCALERA
ASSISTANT U.S. ATTORNEY

6/18/2025

Date